CLOSED, MDL, TRANSFERRED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:08−cv−00920

Dudas v. Davol Inc et al
Assigned to: Judge Ewing Werlein, Jr
Cause: 28:1332 Diversity−Product Liability

Date Filed: 03/21/2008
Date Terminated: 06/10/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Ernest Dudas**

represented by **Steven Michael Johnson**
Atty at Law
3437 West 7th Street
Ste 258
Ft Worth, TX 76107
817−339−8878
Fax: 214−853−4151
Email: stevesemailbox@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc**

**Defendant**

**C.R. Bard, Inc**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2008 | Ï 1 | COMPLAINT against Davol Inc, C.R. Bard, Inc (Filing fee $ 350) filed by Ernest Dudas. (Attachments: # 1 Civil Cover Sheet)(jbradford, ) (Entered: 03/24/2008) |
| 03/24/2008 | Ï 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons.Initial Conference set for 7/25/2008 at 04:00 PM in Room 11521 before Judge Ewing Werlein, Jr.( Signed by Judge Ewing Werlein, Jr ) Parties notified.(jbradford, ) (Entered: 03/24/2008) |
| 03/24/2008 | Ï 3 | CLERKS NOTICE on Mandatory Electronic Filing re: 1 Complaint. Party notified, filed. (jbradford, ) (Entered: 03/24/2008) |
| 03/24/2008 | Ï | Filing fee re: 1 Complaint : $350.00, receipt number 590200, filed. (agould, ) (Entered: 03/24/2008) |
| 06/10/2008 | Ï 4 | JPML CONDITIONAL TRANSFER ORDER (CTO−18) (certified copy) transferring case to USDC−RI to be included in MDL Docket No. 1842. Case terminated on 6/10/08.(smurdock, ) (Entered: 06/12/2008) |